NOTE: CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO BRUM,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ZOETOP BUSINESS CO., LTD.,<br>D/B/A/ SHEIN and ROMWE,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-01648-FWS-AGR<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE [30]**<br><br>Judge: Hon. Fred W. Slaughter |

///

///

///

1

1  Having read and considered the Parties' Joint Stipulation to Dismiss Case [30]
2  (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation
3  and **ORDERS** the following:
4
5  The above-captioned matter is **DISMISSED WITH PREJUDICE**, with each
6  party to bear their own costs, expenses, and fees.  All other existing dates and
7  deadlines in this matter are **VACATED**.
8
9  **IT IS SO ORDERED**.
10
11 Dated: September 28, 2022
12                                         Hon. Fred W. Slaughter
13                                         UNITED STATES DISTRICT JUDGE